# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SLOAN VALVE COMPANY, | |
| Plaintiff, | Case No. 10-cv-00204 |
| vs. | Judge Amy J. St. Eve |
| ZURN INDUSTRIES, INC., and ZURN INDUSTRIES, LLC, | Magistrate Judge Sidney I. Schenkier |
| Defendants. | |

## DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE TESTIMONY OF HARRY J. GWINNELL

Defendants Zurn Industries, Inc. and Zurn Industries, LLC, by and through their undersigned counsel, respectfully move this Honorable Court for an Order precluding Plaintiff Sloan Valve Company from offering or eliciting testimony of Harry J. Gwinnell. In support thereof, Defendants rely upon the accompanying memorandum of law and the exhibits thereto, which are incorporated by reference as if fully set forth herein.

Respectfully submitted,

Dated: June 10, 2013

/s/ John W. McIlvaine
John W. McIlvaine (*admitted Pro Hac Vice*)
Thomas C. Wolski (*admitted Pro Hac Vice*)
Cecilia R. Dickson (*admitted Pro Hac Vice*)
Steven M. Johnston (*admitted Pro Hac Vice*)
sloanvzurn@webblaw.com

**THE WEBB LAW FIRM, P.C.**
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 471-8815
Facsimile: (412) 471-4094

Nicole M. Murray
nicole.murray@quarles.com
John E. Conour
john.conour@quarles.com
**QUARLES & BRADY LLP**
300 N. LaSalle St., Suite 4000
Chicago, IL 60654
Telephone: (312) 715-5000
Facsimile: (312) 715-5155

David R. Cross
david.cross@quarles.com
**QUARLES & BRADY LLP**
411 E. Wisconsin Avenue, Suite 2040
Milwaukee, WI 53202
Telephone: (414) 277-5000
Facsimile: (414) 271-3552

**Attorney for Defendants, Zurn Industries, Inc. and Zurn Industries, LLC**

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 10, 2013, I caused a to be filed electronically the foregoing DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE TESTIMONY OF HARRY J. GWINNELL with the Clerk of the Court using the CM/ECF system, which will send an electronic copy to the interested parties below and constitutes service under the Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

    Jason A. Berta (6295888)
    Scott R. Kaspar (6284921)
    Lisa M. Noller (6229957)
    Daniel W. Werly (6301164)

    **FOLEY & LARDNER LLP**
    321 North Clark Street, Suite 2800
    Chicago, IL 60654-5313
    Telephone: 312.832.4500
    Facsimile: 312.832.4700

    Richard S. Florsheim (admitted *pro hac vice*)

    **FOLEY & LARDNER LLP**
    777 East Wisconsin Avenue
    Milwaukee, WI 53202-5306
    Telephone: 414.271.2400
    Facsimile: 414.297.4900

    /s/ John W. McIlvaine
    Attorney for Defendants, Zurn Industries, Inc. and Zurn Industries, LLC