# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SLOAN VALVE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 10-cv-00204 |
| | ) | |
| vs. | ) | |
| | ) | Judge Amy J. St. Eve |
| ZURN INDUSTRIES, INC., and ZURN INDUSTRIES, LLC, | ) ) | Magistrate Judge Sidney I. Schenkier |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' DAUBERT MOTION TO EXCLUDE PLAINTIFF'S COMPENSATORY DAMAGES EXPERT

Defendant's Zurn Industries, Inc. and Zurn Industries, LLC, through their undersigned counsel, respectfully move this Honorable Court for an order precluding Plaintiff Sloan Valve Company from offering or eliciting testimony of Richard Bero. In support thereof, Defendants' rely upon the accompanying memorandum of law and the exhibits thereto, which are incorporated herein by reference.

June 10, 2013

Respectfully submitted,

*/s/ Nicole M. Murray*
Nicole M. Murray
nicole.murray@quarles.com
John E. Conour
john.conour@quarles.com
**QUARLES & BRADY LLP**
300 N. LaSalle St., Suite 4000
Chicago, IL 60654
Telephone: (312) 715-5000
Facsimile: (312) 715-5155

David R. Cross
david.cross@quarles.com
Patrick J. Murphy (Admitted Pro Hac Vice)

QB\21507233.1

patrick.murphy@quarles.com
**QUARLES & BRADY LLP**
411 E. Wisconsin Avenue, Suite 2040
Milwaukee, WI 53202
Telephone: (414) 277-5000
Facsimile: (414) 271-3552

John W. McIlvaine (Admitted Pro Hac Vice)
Thomas C. Wolski (Admitted Pro Hac Vice)
Cecilia R. Dickson (Admitted Pro Hac Vice)
Steven M. Johnston (Admitted Pro Hac Vice)
sloanvzurn@webblaw.com
**THE WEBB LAW FIRM, P.C.**
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 471-8815
Facsimile: (412) 471-4094


**Attorneys for Defendants, Zurn Industries, Inc. and Zurn Industries, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2013, I electronically filed DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE PLAINTIFF'S COMPENSATORY DAMAGES EXPERT with the Clerk of the Court using the CM/ECF system, which will send an electronic copy to the interested parties below and constitutes service under the Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

>Lisa M. Noller (6229957)
>Scott R. Kaspar (6284921)
>Jason A. Berta (6295888)
>Daniel W. Werly (6301164)
>**FOLEY & LARDNER LLP**
>321 North Clark Street, Suite 2800
>Chicago, IL 60654-5313
>Telephone: 312.832.4500
>Facsimile: 312.832.4700
>patentsloan@foley.com
>
>Richard S. Florsheim (admitted *pro hac vice*)
>**FOLEY & LARDNER LLP**
>777 East Wisconsin Avenue
>Milwaukee, WI 53202-5306
>Telephone: 414.271.2400
>Facsimile: 414.297.4900
>patentsloan@foley.com

>*/s/ Nicole M. Murray*
>Attorney for Defendants, Zurn Industries, Inc. and Zurn Industries, LLC