UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Sloan Valve Company
                                Plaintiff,

v.                                                     Case No.: 1:10–cv–00204
                                                       Honorable Amy J. St. Eve

Zurn Industries, Inc., et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 12, 2013:

      MINUTE entry before Honorable Amy J. St. Eve: Defendants' motion for leave to exceed page limit and to file under seal defendants' memorandum in support of its Daubert motion to exclude plaintiff's compensatory damages expert and supporting exhibits [526], defendants' motion for leave to file exhibits relating to Caulfield and Thuma Daubert motions and briefs under seal [532] and defendants' motion for leave to exceed page limit and to file under seal defendants' memorandum in support of its Daubert motion to exclude testimony of Julius Ballanco and supporting exhibits [534] are granted. Redacted public versions of these documents, consistent with Seventh Circuit law, shall be filed on or before 6/19/13. Motion for leave to file [526] is granted; Motion [532] is granted; Motion for leave to file [534] is grantedMailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.