UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SLOAN VALVE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ZURN INDUSTRIES, INC., and ZURN ) <br> INDUSTRIES, LLC, ) <br> ) <br> Defendants. ) <br> ) | Case No. 10-cv-00204 <br><br> Judge Amy J. St. Eve <br><br> Magistrate Judge Sidney I. Schenkier |

JOINT REPORT RELATING TO THE
*DAUBERT* HEARINGS FOR HARRY J. GWINNELL AND EDWARD M. CAULFIELD

As required by the Court's written procedures, the parties hereby provide the following Joint Report Relating to the *Daubert* Hearings for Harry J. Gwinnell and Edward M. Caulfield. Mr. Gwinnell's hearing is slated for August 7, 2013 at 9:30 AM. Mr. Caulfield's hearing is slated for August 8, 2013 at 9:30 AM.

**WITNESSES**

The parties agree that the only witnesses that will be called will be the expert at issue for each respective hearing session.

**ORDER OF PRESENTATION**

The parties respectfully request to present opening remarks. Defendants, as the movant, will go first in providing opening remarks. Each side will have a maximum of ten (10) minutes for opening remarks, without any rebuttal.

Plaintiff will then present the direct examination of the expert at issue, followed by Defendants' cross-examination. Each side will have the opportunity to conduct **one** re-direct examination or re-cross examination.

1

For the purpose of these hearings only, and without conceding the relevance of any of the exhibits beyond this hearing, the parties agree that the following exhibits designated herein are admissible without objection, except where otherwise noted. Exhibits shall be moved into evidence at the conclusion of the examinations.

Plaintiff does not think that closing remarks are necessary, but if they are, then closing remarks should be limited to five (5) minutes with Defendants going first. Defendants propose that each side be allotted twenty five (25) minutes for closing arguments with the Plaintiff going first. The parties agree that neither side will present a rebuttal.

**ISSUES TO ADDRESS PRIOR TO ARGUMENT**

The parties do not anticipate any issue requiring disclosure of confidential information. However, the parties are sensitive to this issue, and anticipate that the Court's standard practice of providing time for redactions before the release of transcripts will suffice to protect any confidential testimony elicited at the hearing.

The parties agree that PowerPoint® or a similar presentation aid may be used during opening and closing arguments, and that such materials may be provided to the Court in hard copy and/or electronic copy. Objections are hereby reserved for any other demonstrative aids or other evidence that any party may seek to offer or otherwise reference during the hearings.

**AGREED EXHIBIT LISTS**

| HARRY J. GWINNELL | | | |
|---|---|---|---|
| **EXHIBIT** | **EXPERT** | **SOURCE** | **DESCRIPTION OF DOCUMENT** |
| 1. | Gwinnell | Report | Expert Report dated January 27, 2013 **(Dkt. 521-1)** |
| 2. | Gwinnell | Report | Exhibit A - Harry J. Gwinnell Curriculum Vitae **(Dkt. 521-1)** |

| | | | |
|---|---|---|---|
| 3. | Gwinnell | Report | Exhibit B - List of Materials Reviewed for the Expert Report **(Dkt. 521-1)** |
| 4. | Gwinnell | Report | U.S. Patent No. 7,607,635 and its file history |
| 5. | Gwinnell | Report | The Webb Law Firm Opinion dated September 22, 2009, including exhibits **(Dkt. 592-16)** |
| 6. | Gwinnell | Report | U.S. Patent No. 7,607,635 *ex parte* reexamination file history Control No.90/009,826 |
| 7. | Gwinnell | Report | October 23, 2012, deposition transcript of Paul M. Reznick, including exhibits **(Dkt. 598-6)** |
| 8. | Gwinnell | Report | October 23, 2012, deposition transcript of Michael Funari, including exhibits **(Dkt. 598-1)** |
| 9. | Gwinnell | Report | Claim Construction Opinion and Order dated September 13, 2012 **(Dkt. 391)** |
| 10. | Gwinnell | Report | *Knorr-Bremse Systeme Fuer Nutzfahrzeuge GMBH v. Dana Corp.*, 383 F.3d 1337 (Fed. Cir. 2004) |
| 11. | Gwinnell | Report | *In re Seagate Tech., LLC*, 497 F.3d 1360 (Fed. Cir. 2007) (en banc) |
| 12. | Gwinnell | Report | *Bard Peripheral Vascular, Inc. v. W.L. Gore & Assocs.*, 682 F.3d 1003 (Fed. Cir. 2012) |
| 13. | Gwinnell | Report | *Safoco, Inc. v. Cameron Int'l Corp.*, No. H-05-0739, 2009 U.S. Dist. LEXIS 66187 (S.D. Tex. July 31, 2009) |
| 14. | Gwinnell | Report | *Ultratech Int'l, Inc. v. Swimways Corp.*, No. 3:05-cv-134-J-25MCR, 2009 U.S. Dist. LEXIS 80997 (M.D. Fla. Mar. 3, 2009) |
| 15. | Gwinnell | Report | *St. Clair Intell. Prop. Consultants v. Palm, Inc.*, No. 06-404-JJF-LPS, 2009 U.S. Dist. LEXIS 49922 (D. Del. June 10, 2009) |
| 16. | Gwinnell | Report | *Inv. Tech. Group, Inc. v. Liquidnet Holdings, Inc.*, 759 F. Supp. 2d 387 (S.D.N.Y. 2010) |
| 17. | Gwinnell | Deposition | Deposition Transcript dated April 18, 2013 **(Dkt. 521-2)** |

| 18. | Gwinnell | N/A | Federal Civil Jury Instructions of the Seventh Circuit; Instruction No. 11.2.14 |

## EDWARD M. CAULFIELD

| EXHIBIT | EXPERT | SOURCE | DESCRIPTION OF DOCUMENT |
|---|---|---|---|
| 1. | Caulfield | Report | Expert Report dated January 28, 2013 **(Dkt. 559)** |
| 2. | Caulfield | Report | Exhibit A – Edward M. Caulfield, Ph.D. P.E. Testimony Record **(Dkt. 559-1)** |
| 3. | Caulfield | Report | Exhibit B – Materials Reviewed **(Dkt. 571-1)** |
| 4. | Caulfield | Report | Funari, Michael Deposition taken 12/16/10 with Word Index and Exhibits |
| 5. | Caulfield | Report | Funari, Michael Deposition taken 10/23/12 with Word Index and Exhibits **(Dkt. 598-1)** |
| 6. | Caulfield | Report | Reznick, Paul M. Deposition taken 10/23/12 with Word Index and Exhibits **(Dkt. 598-6)** |
| 7. | Caulfield | Report | Opinion of Non-Infringement by the Zurn Dual Flush Handle Design in View of U.S. Patent Application No. 11/211,273 to Sloan Valve Company **(ZP014923-ZP014992)** |
| 8. | Caulfield | Report | Zurn Retainer Wear Drawing (ZP000037) |
| 9. | Caulfield | Report | Email from Mike Funari to Anna Rosenstein dated November 14, 2005 Bates ZP224341-ZP224342 |
| 10. | Caulfield | Deposition | Deposition Transcript dated May 23, 2013 **(Dkt. 559-2 to Dkt.559-4)** |
| 11. | Caulfield | Deposition | Exhibit 3 - Edward M. Caulfield Ph.D., P.E. Curriculum Vitae |
| 12. | Caulfield | Deposition | Exhibit 4 - Sanford Community Center Data |
| 13. | Caulfield | Deposition | Exhibit 5 – 1987 Data and SCC006 |

4

| 14. | Caulfield | Deposition | Exhibit 6 – Photograph of Worn Zurn Flush Valve Handle with Brass Bushing **(ZP000070)** |
| 15. | Caulfield | Deposition | Exhibit 7 – Deposition Summary of Michael Funari Taken December 16, 2010 |
| 16. | Caulfield | Deposition | Exhibit 8 – September 22, 2009 Webb Law Firm Opinion Letter (ZP014923-ZP014992) **(Dkt. 592-16)** Exhibit 16 to *Declaration of Jason A. Berta* |
| 17. | Caulfield | Deposition | Exhibit 9 - Photographs of Zurn Flush Valve Handles, Retainers, CMM machine etc. (SVC0318103 – SVC0318173) |
| 18. | Caulfield | Deposition | Exhibit 10 – Packer Engineering Photographic Log |
| 19. | Caulfield | Deposition | Exhibit 11 – **SVC0318174 – SVC0318205** |
| 20. | Caulfield | Deposition | Exhibit 12 – Geometry from CMM |
| 21. | Caulfield | Deposition | Exhibit 13 – Photographs of Coyne & Delany valve |
| 22. | Caulfield | Deposition | Exhibit 251 (previously marked exhibit from Funari 12/16/10 deposition) Handle Life Test **(SVC0317812)** |
| 23. | Caulfield | Deposition | Exhibit 253 (previously marked exhibit from Funari 12/16/10 deposition) **(SVC0317812)** |
| 24. | Caulfield | Daubert Motion | Exhibit 4 – Sloan Installation Instructions. Also available at http://www.sloanvalve.com/Installation_Guides/0816558.pdf **(Dkt. 559-4)** |
| 25. | Caulfield | Daubert Motion | Exhibit 5 - ASSE Standard # 1037 Revised March 1990 Performance Requirements for Pressurized Flushing Devices (Flushometers) for Plumbing Fixtures **(Dkt. 571-5)** |
| 26. | Caulfield | Daubert Motion | Exhibit 6 – Peter Jahrling October 11, 2010 Deposition Transcript **(Dkt. 559-7 to 559-10)** |
| 27. | Caulfield | Daubert Motion | *Neale v. Volvo Cars of N. Am., LLC*, Civ. A. |

5

| | | | |
|---|---|---|---|
| | | | No. 2:10-cv-4407 (DMC)(MF), 2013 U.S. Dist. LEXIS 28544 (D.N.J. Feb. 28, 2013) **(Dkt. 571-3)** |
| 28. | Caulfield | Plaintiff's Memorandum | October 23, 2012 Michael Funari Deposition Transcript **(Dkt. 598-1)** |
| 29. | Caulfield | Plaintiff's Memorandum | March 6, 2009 Email from Michael Funari to Paul Reznick re results of 6-8 Zurn standard flush valve handles having brass bushings **(Dkt. 598-5)** |
| 30. | Caulfield | Defendants' Reply Brief | ICC International Plumbing Code (2006 ed.), **(Dkt. 600-1 to Dkt. 600-4)** |

## **DISPUTED EXHIBIT ISSUES**

Plaintiff has identified, but not yet provided copies or access to, the following proposed exhibits. Defendants, having not had the opportunity to review them, object to their use.

| | | | |
|---|---|---|---|
| | Gwinnell | | Materials From Organizational Meetings and Presentations Attended by Mr. Gwinnell |
| | Caulfield | | Physical Exhibit: Piece of Brass |

Further, the parties agree to admissibility of the experts' CVs, but were unable to reach a stipulation on admissibility or accuracy of the experts' qualifications.

Date: July 31, 2013

AGREED BY:

| | |
|---|---|
| The Webb Law Firm PC | Foley & Lardner LLP |
| /s/ John W. McIlvaine | /s/ Jason A. Berta |
| John W. McIlvaine (admitted *pro hac vice*) | Jason A. Berta (6295888) |
| Thomas C. Wolski (admitted *pro hac vice*) | Scott R. Kaspar (6284921) |
| Cecilia R. Dickson (admitted *pro hac vice*) | Lisa M. Noller (6229957) |
| Steven M. Johnston (admitted *pro hac vice*) | Daniel W. Werly (6301164) |
| **THE WEBB LAW FIRM, P.C.** | **FOLEY & LARDNER LLP** |
| One Gateway Center | 321 North Clark Street, Suite 2800 |
| 420 Ft. Duquesne Blvd., Suite 1200 | Chicago, IL 60654-5313 |
| Pittsburgh, PA 15222 | Telephone:312.832.4500 |
| Telephone: (412) 471-8815 | Facsimile:312.832.4700 |
| Facsimile: (412) 471-4094 | |
| | Richard S. Florsheim (admitted *pro hac vice*) |
| Nicole M. Murray | **FOLEY & LARDNER LLP** |
| nicole.murray@quarles.com | 777 East Wisconsin Avenue |
| John E. Conour | Milwaukee, WI 53202-5306 |
| john.conour@quarles.com | Telephone:  414.271.2400 |
| **QUARLES & BRADY LLP** | Facsimile:  414.297.4900 |
| 300 N. LaSalle Street | |
| Suite 4000 | |
| Chicago, IL 60654 | |
| Telephone: (312) 715-5000 | |
| Facsimile: (312)632-1780 | |

David R. Cross
david.cross@quarles.com
Patrick J. Murphy
patrick.murphy@quarles.com
**QUARLES & BRADY LLP**
411 E. Wisconsin Avenue, Suite 2040
Milwaukee, WI 53202
Telephone: (414) 277-5000
Facsimile: (414) 271-3552
Attorney for Defendants, Zurn Industries, Inc.
and Zurn Industries, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2013, I caused to be filed electronically the foregoing **JOINT REPORT RELATING TO THE *DAUBERT* HEARINGS FOR GWINNELL AND CAULFIELD** with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

/s/ John W. McIlvaine
Attorney for Defendants, Zurn Industries, Inc. and Zurn Industries, LLC