Sloan Valve Company
                                      Plaintiff,

v.                                                         Case No.: 1:10–cv–00204
                                                        Honorable Amy J. St. Eve

Zurn Industries, Inc., et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 27, 2014:

      MINUTE entry before the Honorable Amy J. St. Eve: The Court has scheduled a Daubert hearing regarding Zurn's motion challenging the admissibility of Mr. Bero's expert testimony. At the hearing, the Court requests clarification and further explanation regarding Mr. Bero's methodology and the basis for calculating his reasonably royalty rate. In particular, the Court would like the parties to be prepared to address the following topics: (1) Mr. Bero's rationale for calculating his royalty base and his royalty rate; (2) Mr. Bero's foundation for including the amount that he attributes to lost sales of collateral goods; (3) Mr. Bero's foundation for including the "price effect" in his reasonable royalty analysis; (4) how Mr. Bero calculated his "price effect;" (5) Mr. Bero's approach in conducting the "hypothetical negotiation," and, specifically, how he addressed the "negotiation gap;" (6) whether price erosion damages apply in a reasonable royalty calculation; and (7) how Mr. Bero's analysis changes, if at all, based on the exclusion of certain of Mr. Ballanco's opinions.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.