# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SLOAN VALVE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ZURN INDUSTRIES, INC., and ZURN ) <br> INDUSTRIES, LLC, ) <br> ) <br> Defendants. ) <br> ) | Case No. 10-cv-00204 <br><br> Judge Amy J. St. Eve <br><br> Magistrate Judge Sidney I. Schenkier |

## JOINT REPORT RELATING TO THE
## *DAUBERT* HEARING FOR RICHARD F. BERO

As required by the Court's written procedures, the parties hereby provide the following Joint Report Relating to the *Daubert* hearing for Richard Bero. Mr. Bero's hearing is slated for March 11, 2014 at 9:30 AM.

## **WITNESSES**

The parties agree that the only witness who will be called is Mr. Bero.

## **ORDER OF PRESENTATION**

The parties respectfully request to present opening remarks. Defendants, as the movants, will go first in providing opening remarks. Each side will have a maximum of ten (10) minutes for opening remarks, without any rebuttal.

Plaintiff will then present the direct examination of the expert at issue, followed by Defendants' cross-examination. Each side will have the opportunity to conduct one re-direct examination or re-cross examination.

For the purpose of these hearings only, and without conceding the relevance of any of the exhibits beyond this hearing, the parties agree that the following Exhibits designated herein are

admissible without objection.  Exhibits shall be moved into evidence at the conclusion of the examinations.

Plaintiff does not think closing remarks are necessary, but if the Court would like them, Plaintiff proposes that closing remarks be limited to five (5) minutes with Defendants, as movant, going first.  Defendants propose that each side be allotted twenty five (25) minutes for closing arguments with the Plaintiff going first.  The parties agree that neither side will present a rebuttal.

**ISSUES TO ADDRESS PRIOR TO ARGUMENT**

The parties anticipate that the *Daubert* hearing will involve the disclosure of confidential information. The parties anticipate that the Court's standard practice of providing time for redactions before the release of transcripts will suffice to protect any confidential testimony elicited at the hearing.

The parties agree that PowerPoint® or a similar presentation aid may be used during the *Daubert* hearing, and that such materials may be provided to the Court in hard copy and/or electronic copy.  Objections are hereby reserved for any other demonstrative aids or other evidence that any party may seek to offer or otherwise reference during the hearings.

**AGREED EXHIBIT LIST**

| EXHIBIT | SOURCE/ DOCKET NUMBER | DESCRIPTION OF DOCUMENT |
|---|---|---|
| 1. | Report – Dkt Nos. 558-6 (Part 1) and 558-7 (Part 2). | Expert Report of Richard F. Bero CPA, CVA – Dated January 28, 2013 |
| 2. | Report – Dkt Nos. 558-1 (Part 1), 558-2 (Part 2), 558-3 (Part 3) and 558-4 (Part 4) | Rebuttal Expert Report of Richard F. Bero CPA, CVA – Dated April 5, 2013 |
| 3. | Deposition – Dkt No. 558-5 and Dkt. No. 688-2 | Richard F. Bero Deposition Transcript with Word Index and Exhibits, taken March 1, 2013 |

| EXHIBIT | SOURCE/ DOCKET NUMBER | DESCRIPTION OF DOCUMENT |
|---|---|---|
| 4. | Disclosures – Dkt. No. 687-1 and 689-1 | Plaintiff's Amended Disclosures Pursuant To Fed. R. Civ. P. 26(A)(2) |
| 5. | Deposition – Dkt. No. 687-1 | John Aykroyd Deposition Transcript with Word Index, taken October 22, 2012 |
| 6. | Deposition – Dkt. No. 689-1 | John Aykroyd Deposition Transcript with Word Index, taken April 24, 2013 |
| 7. | Deposition – Dkt. No. 689-1 | James C. Allen Deposition Transcript with Word Index, taken November 12, 2010 |
| 8. | Deposition – Dkt. No. 689-2 | James C. Allen Deposition Transcript with Word Index, taken April 30, 2013 |
| 9. | Deposition – Dkt. No. 689-2 | William A. Madison Deposition Transcript with Word Index, taken February 14, 2013 |
| 10. | Deposition – Dkt. No. 689-2 | William A. Madison Deposition Transcript with Word Index, taken April 30, 2013 |
| 11. | Deposition – Dkt. No. 688-1 | Leone Flosi Deposition Transcript with Word Index, taken February 18, 2013 |
| 12. | Deposition – Dkt. No. 554-4 | Julius Ballanco Deposition Transcript with Word Index, taken February 25, 2013 |
| 13. | Article | *Constructing Royalty Rates*, Richard F. Bero |
| 14. | Article | *Constructing Royalty Rates*, Richard F. Bero and Joan Eads |
| 15. | Article | *Damages in Patent Infringement Lawsuits*, A BVR Webinar, January 14, 2011, Richard F. Bero and Robert A. Surrette |
| 16. | Deposition – Dkt. No. 697-8 | Charles S. Allen Deposition Transcript with Word Index, taken April 30, 2013 |
| 17. | Book Chapter | *The Comprehensive Guide to Lost Profits*, "Lost Profit Damages in Patent Infringement Lawsuits" (Chapter 19, 2011 ed. BVR Publications) |
| 18. | Study – Dkt. No. 620-7 at 138. | 2008 IGS Market Assessment dated February 25, 2008 |
| 19. | Price Guide – Dkt. No. 612-12 | Sloan Price Guide |

| EXHIBIT | SOURCE/ DOCKET NUMBER | DESCRIPTION OF DOCUMENT |
|---|---|---|
| 20. | Price Guide – Dkt. No. 612-13 | Zurn Price Guide |
| 21. | Deposition – Dkt. No. 546-13 | John Wilson Deposition Transcript with Word Index, taken October 14, 2010 |
| 22. | Report – Dkt. No. 546-16(Part 1), 546-17 (Part 2) and 546-18 (Part 3) | Expert Report of Julius Ballanco dated January 28, 2013 |
| 23. | Deposition – Dkt. No. 620-14 | John T. Boyer Deposition Transcript with Word Index, taken April 23, 2013 |
| 24. | Email – Dkt. No. 620-9 | Sloan Email dated May 24, 2005 |
| 25. | Email – Dkt. No. 611-16 | Zurn New Product Announcement for Dual Flush Handle Assembly dated August 16, 2005 |
| 26. | Email – Dkt. No. 620-10 | Zurn Email dated August 16, 2005 |
| 27. | Email – Dkt. No. 620-13 | Zurn Email dated June 21, 2005 |
| 28. | Patent – Dkt. No. 546-6 | U.S. Patent No. 7,607,635 |
| 29. | Marketing Materials – Dkt. No. 612-15 | Zurn's Marketing Materials |
| 30. | Excerpts from Report – Dkt. No. 620-15 | Expert Report of Ivan T. Hofmann dated March 8, 2013 |
| 31. | Deposition – Dkt. No. 612-91 at 37-39 | John Wilson Deposition Transcript with Word Index dated May 2, 2013 |
| 32. | Report – Dkt. No. 546-20 | Expert Report of Julius Ballanco dated March 8, 2013 |
| 33. | Article – Dkt. No. 620-13 | Sensor-Operating Plumbing Fixtures – Do they Save Water? Article dated March 2010 |
| 34. | Deposition | Frank Lastowski Deposition Transcript with Word Index dated December 7, 2010 |
| 35. | Deposition | Allen Becker Deposition Transcript with Word Index dated September 28, 2010 |

| EXHIBIT | SOURCE/ DOCKET NUMBER | DESCRIPTION OF DOCUMENT |
|---|---|---|
| 36. | Deposition | Scott McDowell Deposition Transcript with Word Index dated October 25, 2012 |
| 37. | Deposition – Dkt. No. 577-18 | Randy Foltz Deposition Transcript with Word Index dated December 3, 2010 |
| 38. | Deposition – Dkt. No. 619-3 | Michael Funari Deposition Transcript with Word Index dated December 2, 2010 |
| 42. | Document – SVC0331058 | Dual Flush Manual Handle Memorandum dated January 10, 2005 |

In addition, Plaintiff incorporates all documents listed on Attachment 1 to Rebuttal Expert Report of Richard F. Bero CPA, CVA – Dated April 5, 2013 (Dkt Nos. 558-1 (Part 1), 558-2 (Part 2), 558-3 (Part 3) and 558-4 (Part 4) and exhibits to Sloan Valve Company's Memorandum of Law in Opposition to Zurn's Daubert Motion to Exclude Testimony of Richard Bero (Dkt. 613).

**DISPUTED EXHIBITS**

The parties have not agreed upon the introduction and use of the exhibits listed below and reserve the right to object to the use of the following documents at the *Daubert* hearing.

| EXHIBIT | SOURCE/ DOCKET NUMBER | DESCRIPTION OF DOCUMENT | PARTY OFFERING DOCUMENT | OBJECTING PARTY |
|---|---|---|---|---|
| 101. | Report - Dkt. No. 480-1 | Updated Expert Report of Richard F. Bero CPA, CVA – Dated February 25, 2013 | Defendants | Plaintiff |
| 102. | Deposition | Timothy A. Smith Deposition Transcript with Word Index, taken February 14, 2013 | Defendants | Plaintiff |
| 201. | Chart | Chart including excerpts of deposition testimony related to convoyed sales | Plaintiff | Defendants |
| 202. | Chart | Chart including excerpts of deposition testimony related to potential non-infringing alternatives | Plaintiff | Defendants |

| EXHIBIT | SOURCE/ DOCKET NUMBER | DESCRIPTION OF DOCUMENT | PARTY OFFERING DOCUMENT | OBJECTING PARTY |
|---|---|---|---|---|
| 203. | Chart | Chart including excerpts of deposition testimony related to price erosion. | Plaintiff | Defendants |

AGREED BY: Dated: March 4, 2014

_____/s Nicole M. Murray_
Nicole M. Murray (ARDC 6278103)
nicole.murray@quarles.com
John E. Conour (ARDC 6305651)
john.conour@quarles.com
**QUARLES & BRADY LLP**
300 N. LaSalle St., Suite 4000
Chicago, IL 60654
Telephone: (312) 715-5000
Facsimile: (312) 715-5155

David R. Cross (#90785227)
david.cross@quarles.com
Patrick J. Murphy (Admitted Pro Hac Vice)
**QUARLES & BRADY LLP**
411 E. Wisconsin Avenue, Suite 2040
Milwaukee, WI 53202
Telephone: (414) 277-5000
Facsimile: (414) 271-3552

John W. McIlvaine (Admitted Pro Hac Vice)
Thomas C. Wolski (Admitted Pro Hac Vice)
Cecilia Dickson (Admitted Pro Hac Vice)
Steven M. Johnston (Admitted Pro Hac Vice)
sloanvzurn@webblaw.com
**THE WEBB LAW FIRM, P.C.**
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 471-8815
Facsimile: (412) 471-4094

Attorneys for Defendants, Zurn Industries, Inc.
and Zurn Industries, LLC

_____/s Daniel W. Werly_
Lisa M. Noller (ARDC 6229957)
Scott R. Kaspar (ARDC 6284921)
Jason A. Berta (ARDC 6295888)
Daniel W. Werly (ARDC 6301164)
patentsloan@foley.com
**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone:312.832.4500
Facsimile:312.832.4700

Richard S. Florsheim (admitted *pro hac vice*)
patentsloan@foley.com
**FOLEY & LARDNER LLP**
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Telephone: 414.271.2400
Facsimile: 414.297.4900

Attorneys for Plaintiff, Sloan Valve Company

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 4, 2014, I caused to be filed electronically the foregoing **JOINT REPORT RELATING TO THE *DAUBERT* HEARING FOR RICHARD F. BERO** with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

      /s/    *Nicole M. Murray*
Attorney for Defendants, Zurn Industries, Inc. and Zurn Industries, LLC